UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LEE V. GRAY | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:17-CV-95-FL |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 10, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $5,168.77, and shall be compensated $400.00 for the filing fee from the Treasury Judgment Fund.

**This Judgment Filed and Entered on August 10, 2018, and Copies To:**

Laurie Lynn Janus (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Gabriel R. Deadwyler (via CM/ECF Notice of Electronic Filing)

August 10, 2018                  PETER A. MOORE, JR., CLERK
                                               /s/ Sandra K. Collins
                                              (By) Sandra K. Collins, Deputy Clerk